# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY S. NOONAN IRA, LLC, et al.<br><br>Defendants. | Case No. 2:19-cv-00034-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Rivendell Homeowners Association's Motion to Enlarge Time to Respond to Complaint (ECF No. 3), filed January 11, 2019. Upon review and consideration, the Court finds good cause exists to grant Defendant's request for extension. Defendant shall have until February 1, 2019 to file a response or otherwise Answer the Complaint (ECF No. 1-1). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Rivendell Homeowners Association's Motion to Enlarge Time to Respond to Complaint (ECF No. 3) is **granted**.

Dated this 14th day of January, 2019.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1